

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2021

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's response to appellee's motion for rehearing is currently due March 22, 2021. On March 9, 2021, appellant filed an unopposed motion requesting an extension of time to file the response until April 6, 2021. After consideration, we GRANT the motion and ORDER appellant to file its response **by April 6, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2021.

_____
Michael A. Cruz,
Clerk of Court